**Order entered March 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01495-CV

### CAPELLA PARK HOMEOWNERS' ASSOCIATION, INC., Appellant

### V.

### WILLIE E. WALLS, III, MELODY HANSON, AND MY ROYAL PALACE, LLC, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14480**

## ORDER

Before the Court is court reporter Sheretta L. Martin's March 2, 2019 letter explaining to the Court she has not filed the record because appellant has not paid for the record and has informed her the case "settled at mediation." Appellants, however, have not filed a motion to dismiss the appeal or otherwise communicated to the Court that the case has settled. Accordingly, we **ORDER** appellant to file, no later than March 18, 2019, either a motion to dismiss or written verification it is pursuing the appeal and has paid or made arrangements to pay for preparation of the reporter's record. If appellant fails to comply, the appeal will proceed and may be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/     ERIN A. NOWELL
        JUSTICE